Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
One Gateway Center
10th Floor, Suite 1000
Newark, New Jersey 07102
(973) 622-3333

*Of Counsel*
William A. Rakoczy (wrakoczy@rmmslegal.com)
Paul J. Molino (pmolino@rmmslegal.com)
Deanne M. Mazzochi (dmazzochi@rmmslegal.com)
Tara M. Raghavan (traghavan@rmmslegal.com)
Matthew V. Anderson (manderson@rmmslegal.com)
Katie A. Boda (kboda@rmmslegal.com)
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654

*Attorneys for Defendants*
*Lupin Atlantis Holdings SA and Lupin Limited*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, | Consolidated Civil Action No. 18-cv-12663-BRM-TJB |
| *Plaintiffs*, | |
| v. | *Document Filed Electronically* |
| LUPIN ATLANTIS HOLDINGS SA and LUPIN LIMITED, | |
| *Defendants*. | |

**SUPPLEMENTAL DECLARATION OF MATTHEW V. ANDERSON, ESQ. IN**
**SUPPORT OF DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Matthew V. Anderson, being of full age, declare as follows:

1.  I am an attorney-at-law with the law firm of RAKOCZY MOLINO MAZZOCHI SIWIK LLP, 6 West Hubbard, Suite 500, Chicago, Illinois 60654.

2.  I serve as outside counsel for Defendants Lupin Atlantis Holdings SA and Lupin Limited.

3.  I am a member in good standing of the Bar of the State of Illinois (2009), as well as the United States District Court for the Northern District of Illinois (2010) and the United States Court of Appeals for the Federal Circuit (2012).

4.  I submitted the Declaration of Matthew V. Anderson, Esq. in support of Defendants' Opening Claim Construction Brief, filed on November 6, 2019 (ECF No. 76-1), in this case.

5.  I submit this Supplemental Declaration in support of Defendants' Responsive Claim Construction Brief, filed concurrently herewith.

6.  I have personal knowledge of the facts stated in this Supplemental Declaration and am competent to testify to the same.

7.  More specifically, I submit this Supplemental Declaration to authenticate, and provide to the Court, certain documents cited in Defendants' Responsive Claim Construction Brief, submitted concurrently herewith.

8.  Attached hereto as **Exhibit 7** is a true and correct copy of Spiriva® HandiHaler® Prescribing Information (Jan. 2004) (LUPIN(TIO)0270120-40).

9.  Attached hereto as **Exhibit 8** is a true and correct copy of Spiriva® HandiHaler® Prescribing Information (Feb. 2018) (LUPIN(TIO)0280249-70).

10.    Attached hereto as **Exhibit 9** is a true and correct copy of U.S. Patent No. 5,763,047.

I, Matthew V. Anderson, hereby declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America, that the foregoing Supplemental Declaration is true and correct.

Dated:  December 16, 2019

_____
Matthew V. Anderson