Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
One Gateway Center
10th Floor, Suite 1000
Newark, New Jersey 07102
(973) 622-3333

*Of Counsel*
William A. Rakoczy (wrakoczy@rmmslegal.com)
Paul J. Molino (pmolino@rmmslegal.com)
Deanne M. Mazzochi (dmazzochi@rmmslegal.com)
Tara M. Raghavan (traghavan@rmmslegal.com)
Matthew V. Anderson (manderson@rmmslegal.com)
Katie A. Boda (kboda@rmmslegal.com)
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654

*Attorneys for Defendants*
*Lupin Atlantis Holdings SA and Lupin Limited*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH, and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, | Consolidated Civil Action No. 18-cv-12663-BRM-TJB |
| *Plaintiffs*, | |
| v. | **CERTIFICATE OF SERVICE** |
| LUPIN ATLANTIS HOLDINGS SA and LUPIN LIMITED, | *Document Filed Electronically* |
| *Defendants*. | |

**ARNOLD B. CALMANN**, hereby certifies as follows:

1.      I am an attorney-at-law of the State of New Jersey and admitted to practice before

the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.

2.        I hereby certify that on the 16th day of December, 2019, I caused a copy of Defendants Lupin Atlantis Holdings SA and Lupin Limited's Responsive Claim Construction Brief, Supplemental Declaration of Matthew V. Anderson, Esq. in Support of Defendants' Responsive Claim Construction Brief (with exhibits 7-9), and this Certificate of Service, to be served upon all counsel of record via CM/ECF.

Dated:  December 16, 2019                    /s/ *Arnold B. Calmann*
                                                            Arnold B. Calmann